IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID L. MEDINA,

        *Plaintiff,*

   v.

ROBERT R. HAAS, et al.,

        *Defendants.*

CIVIL ACTION
NO. 20-5019

## ORDER

**AND NOW**, this 22nd day of March 2021, upon consideration of Defendants' Motion to Dismiss or Transfer Venue (ECF 4), Medina's Response (ECF 11–12) and Defendants' Reply (ECF 17), as well as Medina's Motion to Submit a Recent Eastern District Case (ECF 18–19) and Defendants' Response (ECF 20), it is hereby **ORDERED** that:

1. Medina's Motion to submit the recent decision in *Gordon v. Bechtel Corp.*, No. 20-2688, 2021 WL 816466 (E.D. Pa. Mar. 3, 2021) is **GRANTED**.

2. Defendants' Motion to Dismiss or Transfer Venue is **GRANTED in part** and **DENIED in part**. The Court will not dismiss the Complaint but will transfer venue to the Middle District of Pennsylvania.

3. The Clerk of Court shall **TRANSFER** the case to the United States District Court for the Middle District of Pennsylvania.

BY THE COURT:

   */s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.